IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WIDTFELDT,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL CORKLE, DEBORAH WHITFIELD, and UNKNOWN DEFENDANTS 1-44,<br><br>　　　　　　　Defendants. | 8:20CV125<br><br><br>ORDER |

　　　　Pending before the Court is defendant James Widtfeldt's ("Widtfeldt") Notice of Appeal (Filing No. 9). Widtfeldt has not paid the appellate filing fee in this case, *see* 28 U.S.C. §§ 1913 and 1917; Fed. R. App. P. 3(e), but indicates he paid a filing fee in *United States v. Widtfeldt*, 8:18cv0453 (D. Neb. 2018). Widtfeldt has cited no authority that paying an appellate filing fee in one appeal relieves a litigant of paying the filing fee in an appeal of another case. *See* Fed. R. App. P. 3(a)(2).

　　　　Accordingly, Widtfeldt is ordered to either pay the appellate filing fee or file an application to proceed in forma pauperis on or before September 10, 2020. Failure to do so may result in dismissal of this appeal. *See* Fed. R. App. P. 3(a)(2).

　　　　IT IS SO ORDERED.

　　　　Dated this 11th day of August 2020.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge